UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| L. RONALD BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>LASSITER-WARE, INC,<br><br>    Defendant. | CASE NO. 6:11-cv-1074-Orl-36DAB |

## VERDICT FORM

Do you find by a preponderance of the evidence:

1. That Ronald Brown was eligible for FMLA leave?

   Answer Yes or No ___Yes___

   *If your answer is "No" this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.*

2. That Ronald Brown was entitled to FMLA leave?

   Answer Yes or No ___Yes___

   *If your answer is "No" this ends your deliberations, and yo   foreperson should sign and date the last page of this verdict form. If your answe: is "Yes," go to the next question.*

3. That Ronald Brown gave Lassiter-Ware proper notice of his need for leave?

   Answer Yes or No ___Yes___

   *If your answer is "No" this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.*

1

4. That Lassiter-Ware, Inc. interfered with, discouraged, restrained, or refused to allow the requested leave?

Answer Yes or No __Yes__

*If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.*

5. That Lassiter-Ware's actions were for reasons that were unrelated to Ronald Brown's FMLA leave?

Answer Yes or No __No__

*If your answer is "Yes" this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.*

6. That Ronald Brown should be awarded damages for lost wages, salary, benefits or other actual monetary losses?

Answer Yes or No __Yes__

If your answer is "Yes," in what amount?

Lost wages, salary, benefits  $__250,000__

**OR**

Actual monetary losses    $_____

SO SAY WE ALL.

_____
Foreperson

DATED: __October 31, 2013__

2