UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

L. RONALD BROWN,

    Plaintiff,

v.                                                      Case No: 6:11-cv-1074-Orl-36DAB

LASSITER-WARE, INC.,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge David A. Baker on September 17, 2014 (Doc. 183).  In the Report and Recommendation, Magistrate Judge Baker recommends that Plaintiff L. Ronald Brown's motion for Judicial Review of Clerk's Taxation of Costs (Doc. 177) be granted-in-part and denied-in-part. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed, and the time to do so has expired.

Upon careful consideration of the Report and Recommendation of the Magistrate Judge, and in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 183) is adopted, confirmed, and approved in all respects, and is made a part of this Order for all purposes, including appellate review.

(2)    The Motion for Judicial Review of Clerk's Taxation of Costs (Doc. 177) is **GRANTED-IN-PART** and **DENIED-IN-PART**;

(3)     The Bill of Costs previously taxed by the Clerk (Doc. 176) is **VACATED**; and

(4)     The Clerk is directed to tax costs in the total amount of **$6,041.74**.

**DONE AND ORDERED** at Tampa, Florida on October 15, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Magistrate Judge David A. Baker
Counsel of Record
Unrepresented Parties, if any